```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

United States of America,

vs.

Godson A. Dodoo,

CASE NUMBER: 2-14-MJ-634

Magistrate Judge King

**ORDER**

At the request of counsel for Godson A. Dodoo, and without objection by the United States, the Clerk is DIRECTED to provide to Mr. Dodoo's current counsel, Simakovsky Immigration Attorneys, a copy of the complete docket in this matter.

**NORAH MCCANN KING**
**UNITED STATES MAGISTRATE JUDGE**

Date: February 6, 2020      */s/ Norah McCann King*